HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

ANTONIETA PUTNAM,

  Plaintiff,

vs.

BILL BERGSCHNEIDER, RAINIER TITLE LLC and STEWART TITLE COMPANY,

  Defendants.

Case No. 2:24-cv-01343-JLR

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS RAINIER TITLE'S AND STEWART TITLE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Finding good cause, Defendants Rainier Title's and Stewart Title Company's Unopposed Motion to Extend Time to Respond to Complaint is GRANTED. A responsive pleading shall be filed on or before September 26, 2024.

Dated this  29th  day of    August   , 2024.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[[PROPOSED] ORDER GRANTING DEFENDANTS RAINIER TITLE'S AND STEWART TITLE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
Case No. 2:24-cv-01343-JLR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

```
```
Presented by:

/s/ James M. Barrett
James M. Barrett, WSBA No. 41137
james.barrett@ogletree.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C
[PROPOSED] ORDER GRANTING DEFENDANTS RAINIER TITLE'S AND STEWART TITLE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
Case No. 2:24-cv-01343-JLR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS RAINIER TITLE'S AND STEWART TITLE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** on:

> Matthew Cunanan, WSBA No. 42530
> matthew@dclglawyers.com
> DC LAW GROUP
> 126 SW 148th Street, Suite C100-201
> Burien, WA 98166
> Tel: (206) 865-6739

*Attorneys for Plaintiff Antonieta Putnam*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 29th day of August, 2024 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/ Jordan Sheets*
>   Jordan Sheets, Practice Assistant
>   jordan.sheets@ogletree.com

[PROPOSED] ORDER GRANTING DEFENDANTS RAINIER TITLE'S AND STEWART TITLE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT- 3
Case No. 2:24-cv-01343

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518