HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANTONIETA PUTNAM, <br><br> Plaintiff, <br><br> vs. <br><br> BILL BERGSCHNEIDER, RAINIER TITLE LLC and STEWART TITLE COMPANY, <br><br> Defendants. | Case No. 2:24-cv-01343-JLR <br><br> [PROPOSED] ORDER GRANTING DEFENDANT BILL BERGSCHNEIDER'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Finding good cause, Defendant Bill Bergschneider's Unopposed Motion to Extend Time to Respond to Complaint is GRANTED. A responsive pleading shall be filed on or before September 26, 2024.

Dated this 17th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

Presented by:

*/s/ James M. Barrett*
James M. Barrett, WSBA No. 41137
james.barrett@ogletree.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C

[PROPOSED] ORDER - 1
Case No. 2:24-cv-01343-JLR

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503-552-2140 | Fax: 503-224-4518

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT BILL BERGSCHNEIDER'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** on:

Matthew Cunanan, WSBA No. 42530
matthew@dclglawyers.com
DC LAW GROUP
126 SW 148th Street, Suite C100-201
Burien, WA 98166
Tel:  (206) 865-6739

Attorneys for Plaintiff ANTONIETA PUTNAM

■ by electronic means through the Court's ECF filing system.

☐ by mailing a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by causing a true and correct copy to be hand-delivered to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

☐ by causing a true and correct copy to be delivered via overnight courier to the last known address of each person listed above. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

■ by e-mailing a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 17th day of September, 2024 at Portland, Oregon.

*/s/ Douglas Paul*
Douglas Paul, Practice Assistant
douglas.paul@ogletree.com
503.552.2140

CERTIFICATE OF SERVICE- 1
Case No. 2:24-cv-01343

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503-552-2140 | Fax: 503-224-4518